**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MEDTRONIC IRELAND MANUFACTURING UNLIMITED CO. and MEDTRONIC VASCULAR GALWAY UNLIMITED COMPANY,<br><br>Plaintiffs and Counterclaim-Defendants,<br><br>vs.<br><br>RECOR MEDICAL, INC.,<br><br>Defendant and Counterclaim-Plaintiff. | Case No. 3:25-cv-05881-TLT<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS AND COUNTERCLAIM DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS OR STRIKE COUNTERCLAIMS AND AFFIRMATIVE DEFENSES** |

Before the Court is Plaintiffs and Counterclaim Defendants' Motion to Dismiss or Strike Counterclaims and Affirmative Defenses (the "Motion"). Having considered the arguments in support thereof, the Court hereby GRANTS the Motion. It is hereby ORDERED that the following portions of Defendant and Counterclaim-Plaintiff's Amended Answer and Counterclaims (ECF No. 34) shall be dismissed or stricken:

(1) Recor's third and sixth counterclaims for declaratory judgment of unenforceability;

(2) Recor's fifth affirmative defense as it relates to the affirmative defenses of acquiescence, waiver, implied license and patent misuse;

(3) Recor's sixth affirmative defense of judicial estoppel;

(4) Recor's seventh affirmative defense of preclusion; and

(5) Recor's defenses that are not affirmative defenses.

**IT IS SO ORDERED.**

Dated: ___________________

THE HONORABLE TRINA L. THOMPSON
UNITED STATES DISTRICT JUDGE