LATHAM & WATKINS LLP
ROGER J. CHIN, Bar No. 184662
roger.chin@lw.com
ALLISON HARMS, Bar No. 299214
allison.harms@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:     (415) 391-0600

MATTHEW J. MOORE (*pro hac vice*)
matthew.moore@lw.com
ASHLEY M. FRY (*pro hac vice*)
ashley.fry@lw.com
JACOB VANNETTE (*pro hac vice*)
jake.vannette@lw.com
DREW W. ROBERTS, Bar No. 337164
drew.roberts@lw.com
JORGE F. MORALES (*pro hac vice*)
jorge.morales@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone:     (202) 637-2200

*Attorneys for Defendant and Counterclaim
Plaintiff Recor Medical, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC IRELAND MANUFACTURING UNLIMITED CO. and MEDTRONIC VASCULAR GALWAY UNLIMITED CO., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> RECOR MEDICAL, INC. <br><br> Defendant and Counterclaim-Plaintiff. | Case No. 3:25-cv-05881-TLT <br><br> [PROPOSED] **ORDER GRANTING DEFENDANT AND COUNTERCLAIM PLAINTIFF RECOR MEDICAL, INC.'S UNOPPOSED MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS, DKT. NOS. 84-3, 84-4, 84-5, 84-9, 84-10, 84-12, 84-13, 84-14** <br><br> Judge: Hon. Trina L. Thompson |

## [PROPOSED] ORDER

Before the Court is Defendant and Counterclaim-Plaintiff Recor Medical, Inc.'s Unopposed Administrative Motion to Remove Filed Document, Dkt. Nos. 84-3, 84-4, 84-5, 84-9, 84-10, 84-12, 84-13, 84-14 ("Motion to Remove").  Having considered the papers submitted, and finding good cause therefore, this Court hereby GRANTS Recor's Motion to Remove.

The Clerk of Court shall remove the document filed as Docket Numbers 84-3, 84-4, 84-5, 84-9, 84-10, 84-12, 84-13, and 84-14 from the public docket.

**IT IS SO ORDERED.**

Dated: April 23, 2026

_____
**THOMAS S. HIXSON**
United States Magistrate Judge