LATHAM & WATKINS LLP
ROGER J. CHIN, Bar No. 184662
roger.chin@lw.com
ALLISON HARMS, Bar No. 299214
allison.harms@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600

MATTHEW J. MOORE (*pro hac vice*)
matthew.moore@lw.com
MICHAEL A. MORIN (*pro hac vice*)
michael.morin@lw.com
ASHLEY M. FRY (*pro hac vice*)
ashley.fry@lw.com
JACOB VANNETTE (*pro hac vice*)
jake.vannette@lw.com
DREW W. ROBERTS, Bar No. 337164
drew.roberts@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200

*Attorneys for Defendant and Counterclaim Plaintiff Recor Medical, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MEDTRONIC IRELAND MANUFACTURING UNLIMITED CO. and MEDTRONIC VASCULAR GALWAY UNLIMITED CO.,<br><br>Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>RECOR MEDICAL, INC.<br><br>Defendant and Counterclaim-Plaintiff. | Case No. 3:25-cv-05881-TLT<br><br>**ORDER GRANTING DEFENDANT AND COUNTERCLAIM-PLAINTIFF RECOR MEDICAL, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Trina L. Thompson |

Pending before the Court is Recor Medical, Inc.'s ("Recor's") Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") in connection with the parties Joint Discovery Letter Regarding Depositions of Galway Witnesses ("Joint Letter") and certain exhibits thereto, filed contemporaneously with this Administrative Motion.

Having considered the Administrative Motion and all briefing and evidence filed in connection with it, the Court rules as follows:

The Clerk of the Court shall file under seal the confidential information and exhibits designated below:

| Document to Be Sealed | Portion | Reason |
|---|---|---|
| Joint Letter | Portions of page 2 | Contains Information Designated by Medtronic as "Highly Confidential – Attorneys' Eyes Only" |
| Ex. D | Entirety | Contains Information Designated by Medtronic as "Highly Confidential – Attorneys' Eyes Only" |
| Ex. H | Entirety | Contains Information Designated by Medtronic as "Highly Confidential – Attorneys' Eyes Only" |
| Ex. I | Entirety | Contains Information Designated by Medtronic as "Highly Confidential – Attorneys' Eyes Only" |
| Ex. J | Entirety | Contains Information Designated by Medtronic as "Highly Confidential – Attorneys' Eyes Only" |

**IT IS SO ORDERED.**

Dated: August 31, 2026__

HON. Thomas S. Hixson
United States Magistrate Judge